In the Matter of the Application of WILLIAM M. CHADBOURNE, Individually and as President of Honest Ballot Association, Inc., Appellant, for a Peremptory Mandamus Order against S. HOWARD COHEN and Others, as Members of and Constituting the Board of Elections of the City of New York, Respondents. (ALGERNON LEE, Intervenor, Appellant.) — Order affirmed, without costs. No opinion. Order filed. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1934.

JOHN J. HOWARD, as President of The Regular Democratic Organization of the Seventh Assembly District, and Others, Appellants, v. ALPHONSUS COTTER and Others, Respondents.— Order, in so far as appealed from, reversed on the law and the facts, without costs, and motion granted restraining the defendants from using the word " regular." In our opinion the use of the word " regular " by these defendants tends to mislead the primary electors as to the status of the defendants. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Kapper, J., not voting. Settle order on notice.

In the Matter of the Application of MAURICE Z. BUNGARD, Respondent, and all Others Similarly Situated, against S. HOWARD COHEN and Others, Constituting the Board of Elections of The City of New York, Respondents, and GILBERT D. SPINDELL, Appellant.— Order affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Application of SAMUEL LANGSAM and EDWARD I. BOLTON, Appellants, for an Order Restraining S. HOWARD COHEN and Others, Constituting the Board of Elections of The City of New York, and MICHAEL J. CHIUSANO, Respondents.— Order affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.